# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 19, 2012

Robert P. Young, Jr.,
Chief Justice

144981

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

In re DOUGLAS BROOKS SASAK.
_____

PEOPLE OF THE STATE OF MICHIGAN,
      Petitioner-Appellee,

v

DOUGLAS BROOKS SASAK,
      Respondent-Appellant.

SC: 144981
COA: 301696
Allegan CC Family Division:
09-045012-DL

_____/

On order of the Court, the application for leave to appeal the February 16, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 19, 2012

_____
Clerk

p0912